UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AWILDA RIVERA PAGAN,

                              Plaintiff,

          -v-                                                      CIVIL ACTION NO. 24 Civ. 6298 (SLC)

COMMISSIONER OF SOCIAL SECURITY,                                   **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request for extension of time is **GRANTED**, and Defendant's proposed briefing schedule is **ADOPTED**.  (See ECF No. 10).


Dated:        New York, New York
              October 17, 2024


                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**