UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AWILDA RIVERA PAGAN,

                Plaintiff,                24 **CIVIL** 6298 (GRJ)

   -v-                                     **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 24, 2025, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

    April 24, 2025

                                                        **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                                      **BY:**      _____
                                                                 **Deputy Clerk**